```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                         MCALLEN DIVISION
```

KENNETH GENTAPANAN AND     )
SHARON GENTAPANAN          )         CIVIL ACTION NUMBER
                           )
VS.                        )
                           )              M-15-63
ASI LLOYDS                 )


J U D G M E N T

On the 17th day of August, 2015, came on to be considered "Defendant ASI Lloyds' Motion for Summary Judgment" (Docket Entry Number 10) and the Court, after having considered said motion, the pleadings on file, and noting that Plaintiffs filed no response and were not present for the hearing, was of the opinion, for the reasons stated on the record, that said motion should be and is hereby granted.

It is, therefore, ORDERED, ADJUDGED and DECREED that Defendant's Motion for Summary Judgment is hereby GRANTED and all claims asserted by Plaintiff against Defendant are hereby DISMISSED.

DONE this 24th day of August, 2015, at McAllen, Texas.

```
                                   _____
                                        Ricardo H. Hinojosa
                                     CHIEF U.S. DISTRICT JUDGE
```

1